**Franco PENZO**

v.

**GENERAL FENCE SUPPLY CO. INC.**

No. 84–513–M.P.

Supreme Court of Rhode Island.

Dec. 13, 1984.

Raul L. Lovett, Marc B. Gursky, Providence, for petitioner.

**1094**

Harold E. Adams, Providence, for respondent.

## ORDER

The petition for writ of certiorari is denied.